**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Marcos Antonio HERNANDEZ–
PRADO, Defendant–
Appellant.**

No. 09–40395
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 20, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Marcos Hernandez–Prado has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California.*[1] Hernandez–Prado has filed a response. Our independent review of the record, counsel's brief, and Hernandez–Prado's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[2]

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

2. *See* 5TH CIR. R. 42.2.